# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW A. LAWRIE,<br><br>　　Plaintiff,<br><br>　v.<br><br>S. SHERMAN, et al.,<br><br>　　Defendants. | Case No. 1:12-cv-01238-DLB PC<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE**<br><br>ECF No. 1 |

Plaintiff Matthew A. Lawrie ("Plaintiff"), a California state prisoner proceeding pro se, filed this civil action pursuant to 42 U.S.C. § 1983. On July 23, 2012, Plaintiff filed his complaint in the Sacramento Division of the Eastern District of California. ECF No. 1. Plaintiff filed a concurrent application to proceed in forma pauperis. ECF No. 2. The action was transferred to this Court on July 30, 2012.[1]

Section 1915(g) of Title 28 of the United States Code provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Plaintiff became subject to § 1915(g) on October 18, 2011, and is

---

[1] Plaintiff consented to Magistrate Jurisdiction on August 9, 2012. ECF No. 6. Plaintiff subsequently filed a form declining Magistrate Judge jurisdiction on August 17, 2012. ECF No. 7. Plaintiff however has provided no cause as to why consent should be revoked. *See Dixon v. Ylst*, 990 F.2d 478, 480 (9th Cir. 1993) (citing Fed. R. Civ. P. 73(b)(3)) (once referred to a magistrate judge, reference can only be withdrawn for good cause, or under extraordinary circumstances).

1 precluded from proceeding in forma pauperis unless he is, at the time the complaint is filed, under
2 imminent danger of serious physical injury.  The Court takes judicial notice of the following cases
3 that qualify as § 1915(g) strikes:

4 *Lawrie v. State of California, et al.*, 1:11-cv-00471 DLB PC (E. D. Cal.) (dismissed July 28,
5 2011 for failure to state a claim); *Lawrie v. State of California, et al.*, 1:11-cv-00551-LJO-GSA (E.
6 D. Cal.) (dismissed August 19, 2011 for failure to state a claim and as frivolous); *Lawrie v. Vargas,
7 et al.*, 3:11-cv-02081-H-BLM (S. D. Cal.) (dismissed October 18, 2011 for failure to state a claim).

8 The Court has reviewed Plaintiff's complaint and finds that Plaintiff does not meet the
9 imminent danger exception.  *Andrews v. Cervantes*, 493 F.3d 1047, 1053 (9th Cir. 2007).  Plaintiff
10 complains of the deprivation of a poster at California Substance Abuse Treatment Facility.  Because
11 Plaintiff is not under imminent danger of serious physical injury, he is ineligible to proceed in forma
12 pauperis in this action, and is precluded from proceeding on his complaint absent the submission of
13 the filing fee in full.

14 Based on the foregoing, it is HEREBY ORDERED that this action is dismissed, without
15 prejudice to re-filing if accompanied by the $350.00 filing fee.

IT IS SO ORDERED.

Dated:   **January 17, 2013**                    /s/ *Dennis L. Beck*
                                                 UNITED STATES MAGISTRATE JUDGE

2